United States Distric court
East st louis

4 in Total
Copies

3:23-CV-2639- SMY

"Plaintiff"
Glenn Rippley Vs,
118 Haller st,#41
woodriver, IL 62095
618-818-7737
glennaustinrippley@gmail.com
Glenn Ripp 7/23/23

"Defendant"
united states government
National labor relations Board
Region #14, 1122 spruce st,
St. louis, Mo. 63103
314-539-7770

Complaint, Statement of legal claim, Facts supporting a

Plaintiff is entitled to relief in this action because this court
has jurisdiction to grant relief for The National labor relation
board united states of america governments deliberate and unfair
illegal actions of refusing Plaintiff due process of employment
and union law litigation by conspiring with Teamser unions #5258
by refusing to accept and to process afidavit as described by law
And to record evidence and refusal to search 180 days of Job
refferal of teamster unions that have been continuosly found guilty of
violating union refferal laws that was NLRB's Rochelle K Balentine
and Field investigator Abbey Schneider Both have conspired to
discourage union activity and force Plaintiff out of union jobs.
to this date the defendants have not fully processed NLRB cases
#14-CB-302498 and case #14-CB-320523, Exibits 1A.
A Patern of conduct

On or about November 2 2021 ROTimy Solanky NLRB investigat
refused to take complaint whitch is in violation of Gina rule and
regulations see exhibit 1, B. It is a refusal to record complaint on
Teamster unions, an attempt to promote and cause Plaintiff harm.

Plaintiff ask for the simple relief of a court order for NLRB to finish cases# 14-CB-319540, 14-CB-320523 as prescribed by law to mail plaintiffs affidavit and do a proper investigation on named respondents, No fuss no mess simple and easy! A blatant refusal to do the work by Abbey Schneider is so inhuman and unfair, I have been told by the NLRB several times to get another Job, Dr martin luther King was called a trouble maker by visiting where He was not wanted, seeking equality.

Glenn Rippley

Glenn Rippley
118 Haller st. #4
Wood river, Il. 62095
618·818·7737
glennaustinrippley@gmail.com

INTERNET
FORM NLRB-508
(2-08)

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST LABOR ORGANIZATION
OR ITS AGENTS**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

INSTRUCTIONS: File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT

| a. Name | Teamster #Local 525 | b. Union Representative to contact | Brett Wessel |
|---|---|---|---|

c. Address (Street, city, state, and ZIP code)
8 30 E. Broadway, Alton, Il 62002

| d. Tel. No. 618-462-9706 | e. Cell No. |
|---|---|
| f. Fax No. | g. e-Mail |

h. The above-named organization(s) or its agents has (have) engaged in and is (are) engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (list subsections) _____ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since 6/2021 to Present I only Was sent to 7 days work even when companies request minorities I have Been # one on list to work from the date Of On or about January 2023 to Present and Brett Wessel has Failed to refer the only Black man in local 525. In Past 6 months I worked one day

| 3. Name of Employer Various employers | 4a. Tel. No. | b. Cell No. |
|---|---|---|
| | c. Fax No. | d. e-Mail |

| 5. Location of plant involved (street, city, state and ZIP code) none | 6. Employer representative to contact no |
|---|---|

| 7. Type of establishment (factory, mine, wholesaler, etc) Construction | 8. Identify principal product or service driving | 9. Number of workers employed 500 |
|---|---|---|

| 10. Full name of party filing charge Glenn Rippley | 11a. Tel. No. | b. Cell No. |
|---|---|---|
| | c. Fax No. | d. e-Mail |

11. Address of party filing charge (street, city, state and ZIP code.)
118 haller st #41 Wood river Il. 62095

12. DECLARATION
I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

| By ___ Glenn Rippley (signature of representative or person making charge) (Print/type name and title or office, if any) | Tel. No. 618-818-7737 |
|---|---|
| | Cell No. |
| Address 118 haller st #41, wood river, Il. 62095    (date) 6/24/23 | Fax No. |
| | e-Mail glennaustinrippley@gmail.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary, however, failure to supply the information will...

Exhibit 1. A 3 of 2



Exibit 1.A. 1 of 2

1. Union Representative to contact

Pat Nichols

d. Tel No          e. Cel No
618-791-0958

f. Fax No          g. e-Mail

3424 Illinois st, Swansea, Illinois 62226

Pat nichols refused to reffer me to work as I was Next in line for
refferal for I was #1 for 5 months. He called on 6/5/23 refused to give
directions to Job told me to find it myself, lied about distance to Job
to commit deceptive information to trick me into accepting Job that was
108 miles if he had told the truth I would not accepted. I was (need)
by Pat Nichols to look up milage in which I have notified Pat nichols
that 70 miles is too far for a disabled Black man For work. I pay refferal
Fees $20. monthly for the union to supply all information on employment
Pat Nichols on 6/6/23 removed my #1 refferal to #16 ilegal.

5. Name of Employer
Varios contractors

5. Location of plant involved (street, city, state and ZIP code)
Vavios Jobs

7. Type of establishment (factory, mine, wholesaler, etc.)
Construction

10. Full name of party filing charge
Glenn Rippley

11. Address of party filing charge (street, city, state and ZIP code)
118 Haller st, #41, wood river, Il 62095

12. DECLARATION
I declare that I have read the above charge and that the statements are true
By  Glenn Rippley          Glenn Rippley
(signature of representative or person filing charge)

118 haller st, #41, wood river, Il 62095
Address

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED



5:28





+1 (314) 536-4217

Text Message
Tue, Nov 2, 1:03 PM

Exhibit 1. B,

Hello Mr Rippley
Just called you from the NLRB
office regarding the charge you
have attempted to file against your
union. You appeared to pick up but
said nothing. The charge is not in
the proper format and we are
unable to docket it as filed. Please
file it using the proper format which
is available on line. Should you
need assistance in perfecting the
filing, please contact the
Information Officer at (314)
539-7770., and we can assist with
charge filing. Thank you
-Rotimi Solanke

Rotymi Solanky tex refusing to accept
A correctly filled out and timely NLRB
complaint,

