IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN RIPPLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-CV-2639-SMY |
| | ) |
| UNITED STATES GOVERNMENT and | ) |
| NATIONAL LABOR RELATIONS | ) |
| BOARD REGION #14, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**YANDLE, District Judge:**

Plaintiff Glenn Rippley's Motion for Leave to Proceed *in forma pauperis* ("IFP") was denied and his Complaint dismissed without prejudice and with leave to file an amended complaint on July 24, 2025 (Doc. 6). The Court directed Plaintiff to file an amended complaint by August 25, 2025. *Id.* Plaintiff was warned that the failure to file an amended complaint by this deadline would result in dismissal of this action with prejudice for failure to comply with a court order and/or failure to prosecute. Fed. R. Civ. P. 41(b); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

As of the date of this Order, Plaintiff has failed to file an amended complaint. Accordingly, this cased is **DISMISSED with prejudice** for failure to prosecute; the Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

IT IS SO ORDERED.

DATED: September 3, 2025

STACI M. YANDLE
United States District Judge