IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN RIPPLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cv-2639-SMY |
| | ) |
| UNITED STATES GOVERNMENT and | ) |
| NATIONAL LABOR RELATIONS | ) |
| BOARD REGION #14, | ) |
| | ) |
| Defendants. | |

## JUDGMENT IN A CIVIL ACTION

**IT IS ORDERED** that pursuant to the Court's Order dated September _, 2025 (Doc. 8), Plaintiff Glenn Rippley's claims against the United States Government and the National Labor Relations Board Region #14 are **DISMISSED with prejudice** for failure to prosecute. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** September 3, 2025.

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

STACI M. YANDLE
United States District Judge